# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHELLE VILLAVICENCIO (2),<br><br>                Defendant. | 12 OCT 12 PM 4:09<br><br>CASE NO. 12cr3906-H<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii) and (v)(II)

---

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 11, 2012

Nita L. Stormes
U.S. Magistrate Judge